

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2022

No. 04-22-00262-CV

**IN THE INTEREST OF M.Z.L.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00478
Honorable Kimberly Burley, Judge Presiding

# O R D E R

     This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant has filed a motion for extension of time to file appellant's brief. Appellant's motion is GRANTED. Appellant's brief is due on June 29, 2022.

     Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Liza A. Rodriguez, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court